

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00054-CV

Richard Stubbs
v.
The City of Weslaco, and Veronica Ramirez,
in her official capacity as Weslaco Civil Service Director

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-0435-13-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed in part and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED IN PART and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 8, 2015